KERR STEAMSHIP COMPANY, INC., Respondent, v. INDEMNITY INSURANCE COMPANY OF NORTH AMERICA and Others, Appellants.— Order in so far as appealed from affirmed, with ten dollars costs and disbursements. The granting of the preference was discretionary. (*Empire City Racing Assn.* v. *Nat. Fair & Exposition Assn.*, 167 App. Div. 126.) We are also of the opinion that in the circumstances shown by the record the refusal to grant costs on the denial of the motion for a reargument was not an improper exercise of discretion. The alleged equitable counterclaim, if proved, would constitute a complete defense to the action and, therefore, does not present the case of a right to a trial of that issue separately. (See *Bennett* v. *Edison Electric Ill. Co.*, 164 N. Y. 131; *Loewenthal* v. *Haines*, 160 App. Div. 503; *White* v. *Shonts*, 154 id. 428.) Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ., concur.

HELEN MULVIHILL, an Infant, by JOHN MULVIHILL, Her Guardian ad Litem, Respondent, v. DIEDERICH H. VON GLAHN, Appellant.— Order of the County Court of Kings county affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ., concur.

TOWN OF EASTCHESTER, Respondent, v. GEORGE H. ROGERS and Others, Defendants. GEORGE LATTIMER, Purchaser, Appellant.— Order for resale modified so as to provide that as a condition for granting the motion the plaintiff shall pay to the purchaser, appellant, the sum of twenty-five dollars costs within ten days after the service of the order to be entered upon this decision, and that in default of such payment the motion to set aside the sale shall be denied; and as so modified the order is affirmed, without costs. No opinion. Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ., concur.

ASTORIA VENEER MILLS AND DOCK COMPANY, Appellant, Respondent, v. MARDEN, ORTH & HASTINGS COMPANY, INC., Respondent, Appellant.— Motion to dismiss appeal denied on condition that defendant, appellant, pay ten dollars costs within five days, perfect its appeal for the April term (for which term this case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. This court prefers that these cross-appeals be presented in one record, and the obvious procedure would be for the parties to divide the expense of printing. The defendant, appellant's proposed record presents nothing for review. Present — Kelly, P. J., Jaycox, Young and Kapper, JJ.